# EXHIBIT A



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080411LSH
Job Date: 04/11/2008
Order Date: 04/11/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 376644
Inv.Date: 04/25/2008
Balance: $250.15

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Action: Roquemore-Donald, Mai
vs
E.R. Express, et al
Action #:
Rep: Linda S. Hanson
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Pavel Karkhu | Copy incl. e-trans | Pages | 102 | $249.40 |
| 2 |  | Exhibits | Item | 3.00 | $0.75 |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $250.15 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $250.15 |
| Payment | $0.00 |
| Balance Due | $250.15 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Deliver To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

# Invoice

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120

Invoice #: 376644
Inv.Date: 04/25/2008
Balance: $250.15
Job #: 080411LSH
Job Date: 04/11/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080506ACC
Job Date: 05/06/2008
Order Date: 05/06/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 378313
Inv.Date: 05/14/2008
Balance: $207.60

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Action: Roquemore-Donald, Mai
vs
E.R. Express, et al
Action #:
Rep: Amy C. Calkins
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Robert Jones | Copy incl. e-trans | Pages | 80 | $201.00 |
| 2 | | Exhibits Color and B&W | Total | 1.00 | $6.60 |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $207.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$207.60** |
| Payment | $0.00 |
| Balance Due | $207.60 |

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Deliver To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120

Invoice #: 378313
Inv.Date: 05/14/2008
Balance: $207.60
Job #: 080506ACC
Job Date: 05/06/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080925OR-PO-BW
Job Date: 09/25/2008
Order Date: 09/25/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 394118
Inv.Date: 10/15/2008
Balance: $469.65

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Action: Roquemore-Donald, Mai
vs
ER Express, et al
Action #: 07-716149-NI
Rep: OR-PO-BW
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Fred Jacquot | Copy incl. etrans | Pages | 114 | $275.80 |
| 2 | Christie Sonneman | Copy incl. etrans | Pages | 80 | $191.00 |
| 3 | | Exhibits Color & B&W | Total | 1.00 | $2.85 |
| 4 | | | | | |
| 5 | | DEPOSITION TAKEN IN | | | |
| 6 | | EUGENE, OR | | | |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $469.65 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $469.65 |
| Payment | $0.00 |
| Balance Due | $469.65 |

Federal Tax I.D.: 38-3231100    Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Deliver To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 394118
Inv.Date: 10/15/2008
Balance: $469.65
Job #: 080925OR-PO-BW
Job Date: 09/25/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080505LAG
Job Date: 05/05/2008
Order Date: 05/05/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 378624
Inv.Date: 05/16/2008
Balance: $247.20

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Action: Roquemore-Donald, Mai
vs
ER Express, et al
Action #:
Rep: Lisa A. Grambo
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Gregory Perkowski | Copy incl. e-trans | Pages | 100 | $245.00 |
| 2 | | Exhibits Color and B&W | Total | 1.00 | $2.20 |

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $247.20 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $247.20 |
| Payment | $0.00 |
| Balance Due | $247.20 |

Federal Tax I.D.: 38-3231100     Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

**Deliver To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

# Invoice

Invoice #: 378624
Inv.Date: 05/16/2008
Balance: $247.20
Job #: 080505LAG
Job Date: 05/05/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080416NE-OH-TS
Job Date: 04/16/2008
Order Date: 04/16/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 377773
Inv.Date: 05/07/2008
Balance: $316.75

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Action: Roquemore-Donald, Mai
vs
E.R Express, et al
Action #: 07-716149-NI
Rep: Thibault, Suhr, Thibault, Inc.
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | R. Charles Waymire | Copy incl. etrans | Pages | 130 | $311.00 |
| 2 | | Exhibits | Item | 23.00 | $5.75 |
| 3 | | | | | |
| 4 | | DEP TAKEN IN OMAHA, NE | | | |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Federal Tax I.D.: 38-3231100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Sub Total: $316.75
Shipping: $0.00
Tax: N/A
Total Invoice: $316.75
Payment: $0.00
Balance Due: $316.75

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Deliver To:
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120

Invoice #: 377773
Inv.Date: 05/07/2008
Balance: $316.75
Job #: 080416NE-OH-TS
Job Date: 04/16/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 090226OR-EU-CC
Job Date: 02/26/2009
Order Date: 02/26/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 408096
Inv.Date: 03/09/2009
Balance: $211.90

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Action: Roquemore-Donald, Mai
vs
ER Express, et al
Action #: 07-716149-NI
Rep: OR-EU-CC
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Edward Leroy Schurman | Copy | Pages | 61 | | $144.20 |
| 2 | Michael Evan Steele | Copy | Pages | 30 | | $66.00 |
| 3 | | Exhibits Color | Item | 2.00 | | $1.70 |
| 4 | | | | | | |
| 5 | | DEPOSITION TAKEN IN | | | | |
| 6 | | EUGENE, OR | | | | |

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $211.90 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $211.90 |
| Payment | $0.00 |
| **Balance Due** | $211.90 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

**Deliver To:**
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

# Invoice

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 408096
Inv.Date: 03/09/2009
Balance: $211.90
Job #: 090226OR-EU-CC
Job Date: 02/26/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080910ACC
Job Date: 09/10/2008
Order Date: 09/10/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 390925
Inv.Date: 09/18/2008
Balance: $150.40

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Action: Roquemore-Donald
vs
ER Express, et al
Action #: 07-716149-NI
Rep: ACC
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Tony Matutis | Copy incl. e-trans | Pages | 57 | | $150.40 |

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

| | |
|---|---|
| Sub Total | $150.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $150.40 |
| Payment | $0.00 |
| Balance Due | $150.40 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

Deliver To:
Roger L. Wolcott
Catherine A. Gofrank
1441 W. Long Lake Road
Suite 305
Troy, MI 48098

**Invoice**

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 390925
Inv.Date: 09/18/2008
Balance: $150.40
Job #: 080910ACC
Job Date: 09/10/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**BIENENSTOCK**
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Job #: 080414CAG
Job Date: 04/14/2008
Order Date: 04/14/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 376808
Inv.Date: 04/29/2008
Balance: $149.50

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

Action: Roquemore-Donald, Mai
vs
E.R. Express, et al
Action #:
Rep: Christine A. Gonzalez
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | Timothy D. Brown | Copy incl. e-trans | Pages | 55 | $146.00 |
| 2 | | Exhibits | Item | 14.00 | $3.50 |

Comments:

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $149.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $149.50 |
| Payment | $0.00 |
| Balance Due | $149.50 |

Federal Tax I.D.: 38-3231100

Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

**Deliver To:**
Roger L. Wolcott
Catherine A. Gofrank
26555 Evergreen Road
Suite 1050
Southfield, MI 48076

**Invoice**

BIENENSTOCK
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 376808
Inv.Date: 04/29/2008
Balance: $149.50
Job #: 080414CAG
Job Date: 04/14/2008
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: